# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KWAMI ABDUL-BEY**                                                           **APPELLANT**

**v.**                   **CASE NO. 4:19-CV-00101 BSM**

**MAYTRINE L. PARKER**                                          **APPELLEE**

## ORDER

Appellant Kwami Abdul-Bey's appeal is dismissed, and this case is remanded to the bankruptcy court. A district court has jurisdiction to hear an appeal from a bankruptcy court in three instances: (1) when the bankruptcy court issues a final judgment, order, or decree; (2) when the bankruptcy court issues an interlocutory order or decree under 11 U.S.C. section 1121(d); and (3) with leave of the court from other interlocutory decisions. 28 U.S.C. § 158.

The bankruptcy court has not issued a final judgment disposing of the case. While a grant of default judgment is a final judgment, *see In re Schoenlein*, 312 B.R. 600, 602 (B.A.P. 6th Cir. 2002), a denial of default judgment is not. There is no order relating to 11 U.S.C. section 1121, and no leave to appeal has been granted. Because the bankruptcy proceedings are ongoing, this case is remanded.

IT IS SO ORDERED this 19th day of March 2019.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE