IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KWAMI ABDUL-BEY                                                      APPELLANT

v.                         CASE NO. 4:19-CV-00101 BSM

MAYTRINE L. PARKER                                                    APPELLEE

## JUDGMENT

Consistent with the order entered today, this case is remanded.

IT IS SO ORDERED this 19th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE